**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:                                                                CASE NO.  18-21099-BKC-RBR
                                                                       CHAPTER 13
WALDEMAR FELIX JUZWIK
_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**
**AND CERTIFICATE OF SERVICE OF COURT-GENERATED NOTICE OF HEARING**
**UPON FILING OF INSTANT MOTION**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION*
*TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 9-1 | Department of the Treasury – Internal Revenue Service | $18,436.55 | The creditor filed a bifurcated claim reflecting a priority tax obligation of $14,269.18 for 2014, 2015, 2016 and 2017 tax years and an unsecured general obligation of $4,167.37 for unfiled 2011 and 2013 tax years.  The Debtor asserts that he had no earnings during those years and should not have a tax liability. Sustain Objection and strike claim in its entirety. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

LF-70 (rev. 12/01/09)

**CERTIFICATE OF SERVICE *AND COMPLIANCE*
*WITH LOCAL RULES 3015-3(A)(1) AND 9073-1(D)***

      I hereby certify that a copy of this Objection and the Notice of Hearing Generated by the Court upon filing of instant motion will be served pursuant to Bankruptcy Rule 7004 on the Chapter 13 trustee and the following affected parties in the manner described below on this 13th day of December, 2018 and that I have conferred with opposing counsel in an attempt to resolve these issues before requesting this hearing:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

**Served Upon:**

**Via CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**Via US Mail:**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
7850 SW 6th Ct.
M/S 5730
Plantation, FL 33324
ATTN: Priscilla R. Boyd, Bankruptcy Specialist

Dated:  December 13, 2018          LAW OFFICES OF MICHAEL H. JOHNSON
                                                         Attorneys for Debtor(s)
                                                         3601 W. Commercial Blvd., Suite 31
                                                         Ft. Lauderdale, FL 33309
                                                         (954) 535-1131

                                                         By:  /s/ Michael H. Johnson
                                                             Michael H. Johnson
                                                             Florida Bar No. 0149543

LF-70 (rev. 12/01/09)